UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN ELLERSICK, DAVID ELLERSICK, TRAVIS MYLES, LEWIS C. YOUNGS, JR., RICHARD CURRY, JR., AND RICHARD H. TEMPLE, on Behalf of Themselves and all Others Similarly Situated,

10-CV-6525(S)

Plaintiffs,

-vs-

CONSENT TO BECOME A PARTY PLAINTIFF

MONRO MUFFLER BRAKE, INC. and MONRO SERVICE CORPORATION,

Defendants.

---

Plaintiffs hereby file consent to become a party plaintiff signed by:

Gregory A. Hoke
Kody S. Dreyer
Eric D. Mann
Robert M. Newton, Jr.
Justin M. VanNostrand
Jonathan Forster
Joseph L. Bukszar
Sodier Morales
Nicholas A. Biros
Brandon S. Sparks
Dex A. Lewis
Darren Lenhardt
Randall Schmall
Justin L. O'Neill
Joseph F. Guerra
Stefan Fuller
James Sheridan
Shaun E. Batchelder
John R. Haines
Isaac L. Hawk

Dated: July 3, 2012

By: s/Kathryn K. Lee
Attorneys for Plaintiffs
FARACI LANGE, LLP
28 East Main Street, Suite 1100
Rochester, New York 14614
Telephone: (585) 325-5150
klee@faraci.com

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/27/2012

Signature Date

Gregory A Helke

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/30/12

Signature Date

Kody Scott Dreyer

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature]
Signature

6 20 12
Date

ERIC DAVID MANN
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/26/12

Signature Date

Robert Michael Newton JR.

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

Justin Van Nostrand

Signature

6/25/12

Date

Justin Michael Van Nostrand

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

Jon Forster
Signature

6/20/12
Date

Jonathan Forster
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

Joseph Bukszar (signature)
Signature

6/20/2012
Date

Joseph Lee Bukszar
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/21/12

Signature Date

Sodier Morales

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

Nicholas Biros  6/15/12

Signature  Date

Nicholas A. Biros

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/1/12
Signature Date

Brandon Scott Sparks
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

D. Lewis
Signature

06/10/12
Date

Dex A. Lewis
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 05/22/2012

Signature Date

Darren Lenhardt

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature]
Signature

6/06/2012
Date

Randall Schmell
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

Justin Lawrence O'neill
Signature

6/5/2012
Date

Justin Lawrence O'neill
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/9/12

Signature Date

Joseph Francis Guerra

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature]
Signature

__/__/__
Date

STEFAN FULLER
Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/22/12

Signature Date

James Sheridan

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/26/12

Signature Date

Shawn Eric Batchelder

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

[signature] 6/27/12

Signature Date

John Richard Haines

Print full legal name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "Party Plaintiff" in any lawsuit that is filed seeking payment of unpaid wages, including overtime wages, and related relief against Monro Muffler Brake, Inc. and/or Monro Service Corporation, on behalf of myself and other former and current service store technicians of Monro Muffler Brake, Inc. and/or Monro Service Corporation.

I am/was employed by Monro Muffler Brake, Inc. and/or Monro Service Corporation as a service store technician.

I authorize the representative Plaintiffs or Plaintiffs' counsel to file this consent with the Clerk of the Court. I authorize the named Plaintiffs in this lawsuit (as they might change from time to time), or any one of them, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including making an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit and/or any settlement of the lawsuit.

Isaac L Hawk  06/25/12

Signature  Date

ISSAC Llewellynn Hawk

Print full legal name