**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN ELLERSICK, DAVID ELLERSICK, LEWIS C. YOUNGS, JR., RICHARD CURRY, JR., and RICHARD H. TEMPLE, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONRO MUFFLER BRAKE, INC. and MONRO SERVICE CORPORATION,<br><br>Defendants. | No. 10-cv-6525G(P) |
| SEAN HOHLT, AARON ROBINSON, ANTHONY GIACONOZZI, and ROBERT HEANEY, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONRO MUFFLER BRAKE, INC.,<br><br>Defendant. | No. 14-cv-6154FPG |

**UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**

| | |
|---|---|
| **Unopposed Motion by:** | Plaintiffs John Ellersick, David Ellersick, Lewis C. Youngs, Jr. and Richard Curry, Jr., and Richard H. Temple on behalf of themselves and all others similarly situated, and Sean Hohlt, Aaron Robinson, Anthony Giaconozzi, and Robert Heaney, on behalf of themselves and all other employees similarly situated. |

| | |
|---|---|
| **Relief Requested:** | An Order granting (1) certification of the Parties' proposed Settlement Class under Fed. R. Civ. P. 23 for purposes of settlement; (2) preliminary approval of the Settlement Agreement; (3) approval of the Parties' Settlement Notice and plan of distribution; and (4) an Order setting dates for the Final Approval Hearing. |
| **Basis for Relief Requested:** | FLSA, 29 U.S.C. § 201, *et seq.*; Fed R. Civ. P. 23 |
| **Supporting Papers:** | Memorandum in Support of Unopposed Motion for Preliminary Settlement Approval; Declaration of Rachhana T. Srey with attached exhibits; and Proposed Order. |
| **Place:** | United States District Court Western District of New York 100 State Street Rochester, New York 14614 |
| **Date and Time:** | March 1, 2018 11:00am Eastern Telephonic Hearing (ECF 252) |

Respectfully submitted,

Date: February 16, 2018

**NICHOLS KASTER, PLLP**

/s/Rachhana T. Srey
Rachhana T. Srey, MN No. 340133*
Reena I. Desai, MN No. 0388311*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 256-3200
srey@nka.com
rdesai@nka.com
*Admitted Pro Hac Vice*

**FARACI LANGE, LLP**
Brian M. Zorn
Kathryn Lee Bruns

28 East Main Street, Suite 1100
Rochester, New York 14614
Telephone: (585) 325-5150
bzorn@faraci.com
kbruns@faraci.com

**ATTORNEYS FOR PLAINTIFFS**