**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN ELLERSICK, DAVID ELLERSICK, LEWIS C. YOUNGS, JR., RICHARD CURRY, JR., and RICHARD H. TEMPLE, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONRO MUFFLER BRAKE, INC. and MONRO SERVICE CORPORATION,<br><br>Defendants. | **No. 10-cv-6525-FPG** |
| SEAN HOHLT, AARON ROBINSON, ANTHONY GIACONOZZI, and ROBERT HEANEY, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONRO MUFFLER BRAKE, INC.,<br><br>Defendant. | **No. 14-cv-6154-FPG** |

**ORDER ON UNOPPOSED MOTION FOR**
**ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Awards came before the Court on May 1, 2018. The Court preliminarily approved the proposed settlement on March 1, 2018. ECF No. 254. Pursuant to the Court's Preliminary Approval Order and the Notice provided to the Class, the Court conducted a final fairness hearing as Federal Rule of Civil Procedure 23(e) requires. The Court reviewed the submitted materials and heard counsel's

arguments at the hearing.  For the reasons cited on the record and those stated hereafter, the Court finds and orders as follows:

1.      The Court grants Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Awards. The requested awards appear fair and reasonable.

2.      The Court approves Class Representative Service payments in the amount of $2,000 each to Plaintiffs John Ellersick, David Ellersick, Lewis C. Youngs, Jr., Richard Curry, and Richard Temple, and $500 each to Plaintiffs Sean Hohlt, Aaron Robinson, Anthony Giaconozzi, and Robert Heaney.

3.      The amount of time Class Counsel spent litigating and resolving this matter is reasonable, and their hourly rates are reasonable. Accordingly, Class Counsel's application for attorneys' fees in the amount of $650,000 (33.33% of the total settlement amount) is granted.

4.      The application for reimbursement of litigation expenses and costs in the amount of $67,545.19 is granted.

5.      The application for reimbursement of $1,700 in settlement administration costs is granted.


        IT IS SO ORDERED.

Dated: June 8, 2018
        Rochester, New York

                                        _____
                                        HON. FRANK P. GERACI, JR.
                                        Chief Judge
                                        United States District Court