

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Todd R. Shinaman
*Counsel*
T 585-263-1265
tshinaman@nixonpeabody.com

1300 Clinton Square
Rochester, NY 14604-1792
585-263-1000

October 11, 2018

The Honorable Frank P. Geraci, Jr.
U.S. District Court Judge
**United States District Court**
Western District of New York
100 State Street
Rochester, NY 14614



RE: *Ellersick, et al. v. Monro Muffler Brake, Inc., et al.*
    *10-CV-0625*

Dear Judge Geraci:

Your Honor granted final approval of the settlement in the above referenced case on June 8, 2018, and the administration of the settlement has proceeded. In accordance with the settlement agreement, settlement checks were distributed, and the defendant paid its share of the related payroll taxes. The agreement provides that the funds from any settlement checks not cashed would be redistributed to those who cashed their settlement checks. The agreement does not specify whether the redistributed funds would be attributed to liquidated damages or wages. The parties have agreed that these funds should be distributed as payments in settlement of alleged liquidated damages and reported on an IRS form 1099, and that tax refunds from the previous uncashed checks would be refunded to defendant.

The parties jointly seek Your Honor's approval of this agreement.

Respectfully submitted,

/s/ Todd R. Shinaman

Todd R. Shinaman

cc:  K. Bruns
     B. Zorn
     R. Srey
     S. Jones

4817-9041-4968.1

The Honorable Frank P. Geraci
October 11, 2018
Page 2

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

SO ORDERED:

_____  10/12/18
Hon. Frank P. Geraci